IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                          CASE NO. 1:99-cr-00030-MP

ORRIAN LAMONT JOHNSON,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 140, Motion for Early Termination of Supervised Release, filed by Orrian Lamont Johnson. The Court has considered the motion and the facts of the case, and the motion is denied.

**DONE AND ORDERED** this _2nd_ day of May, 2007

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge