IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 1:99-cr-00030-MP-AK

ORRIAN LAMONT JOHNSON,

    Defendant.
_____/

**O R D E R**

    This matter is before the Court on Doc. 167, Motion to Continue Revocation Hearing, filed by Defendant Orrian Johnson. In his motion, Defendant states that his counsel misunderstood the date of the hearing, and based on this misunderstanding scheduled review of the discovery for the same time as the revocation hearing. Because of this, Defendant requests a continuance of his revocation hearing, and the Government does not object to the request. After considering the matter, the Court grants Defendant Johnson's motion, and the revocation hearing is hereby continued to Wednesday, September 12, 2007, at 10:30 a.m.

    **DONE AND ORDERED** this  *29th* day of August, 2007

                        *s/Maurice M. Paul*
                  Maurice M. Paul, Senior District Judge