IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.   CASE NO. 1:99-cr-00030-MP

ORRIAN LAMONT JOHNSON,

    Defendant.

_____/

**O R D E R**

A hearing was convened in this case regarding a petition alleging a violation of supervised release by Mr. Johnson. At the outset of the hearing, counsel for Mr. Johnson indicated that he might be suffering a conflict of interest in his representation of Mr. Johnson. For the reasons stated in open court, the Court finds that Mr. Broling does have an actual conflict of interest. Thus, with the consent of Mr. Johnson, the oral motion of Mr. Broling to withdraw is granted. The defendant indicated during the hearing that he did not have funds to hire his own attorney, and Mr. Huntley Johnson has indicated he would accept the case if appointed. A hearing to determine appointment of counsel shall be held on Wednesday, September 26, 2007 at 9:45 a.m. at which Mr. Huntley Johnson should attend.

    **DONE AND ORDERED** this _21st_ day of September, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge