IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:99-cr-00030-MP

ORRIAN LAMONT JOHNSON,

   Defendant.

_____/

### O R D E R

This matter is before the Court on Doc. 176, Motion to Continue Hearing on Petitition alleging violation of supervised release, by Orrian Lamont Johnson. The government does not object to the motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Doc. 176, the motion to continue the hearing on petition alleging violation of supervised release, is granted. The hearing is reset for January 16, 2008, at 10:00 a.m.

**DONE AND ORDERED** this _11th_ day of October, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge