IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.  CASE NO. 1:99-cr-00030-MP-AK

ORRIAN LAMONT JOHNSON,

    Defendant.
_____/

# **O R D E R**

This matter is before the Court on Doc. 204, Defendant's motion, under 18 U.S.C. § 3582(c)(2), moving the the Court to reduce the term of imprisonment originally imposed on Defendant, based on Amendments 706, 711 and 715 to the United States Sentencing Guidelines ("Guidelines").

18 U.S.C. § 3582(c) and § 1B1.10 make clear that the question of whether "a reduction in the term of imprisonment may be appropriate for previously sentenced, qualified defendants" remains squarely within "the sound discretion of the court." See Background to § 1B1.10, which states:

> *The listing of an amendment in subsection (c) reflects policy determinations by the Commission that a reduced guideline range is sufficient to achieve the purposes of sentencing and that, in the sound discretion of the court, a reduction in the term of imprisonment may be appropriate for previously sentenced, qualified defendants. The authorization of such a discretionary reduction does not otherwise affect the lawfulness of a previously imposed sentence, does not authorize a reduction in any other component of the sentence, and does not entitle a defendant to a reduced term of imprisonment as a matter of right.*

**Application to the Instant Case**

With these principles in mind, we turn to the instant case. Here, Defendant already has received a downward departure and reduced sentence at the time of his original sentencing. See

Judgment, Doc. 114.  This sentence represented the discretion of the Court taking into account all the circumstances of the case, once the Court was free of the Guidelines and the statutory mandatory minimum.

Accordingly it is hereby

**ORDERED AND ADJUDGED:**

No reduction pursuant to 18 U.S.C. § 3582(c)(2) is appropriate, and the motion at Doc. 204 is denied.

**DONE AND ORDERED** this  *10th*  day of March, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge
